UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JOSE CAMPOS MARTINEZ,

   Defendant.
_____/

Hon. Phillip J. Green

Case No. 1:16-mj-00080

## ORDER

Defendant appeared before me on March 17, 2016, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered. I also note that Immigration and Customs Enforcement (ICE) has lodged a detainer against defendant.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED this 17th day of March, 2016.

       /s/ Phillip J. Green
       PHILLIP J. GREEN
       United States Magistrate Judge